# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:17-bk-10432 |
| STEPHEN DAVID BROWN, | Chapter 13 |
| Debtor(s) | Honorable A. Benjamin Goldgar |

## NOTICE OF MOTION

To:   *See attached service list*

PLEASE TAKE NOTICE that on September 21, 2021, at 1:30 p.m. I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present **DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

I, Jennifer Ann McLaughlin, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 26, 2021, by 5:00 pm.

Dated: August 26, 2021                            */s/ Jennifer Ann McLaughlin*

                                              Jennifer Ann McLaughlin
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 581-5450
jmclaughlin@sulaimanlaw.com

*Counsel for Stephen David Brown*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>STEPHEN DAVID BROWN,<br><br><br>Debtor(s) | Case No. 1:17-bk-10432<br><br>Chapter 13<br><br>Honorable A. Benjamin Goldgar |

## DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE

STEPHEN DAVID BROWN (the "Debtor"), by and through his undersigned counsel, pursuant to 11 U.S.C. §350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure moves to reopen his Chapter 13 case and for extension of time to file forms required for discharge, and in support thereof, states as follows:

1. A petition under chapter 13 was filed on March 31, 2017.

2. Section 1328(g)(1) of the Bankruptcy Code provides:

    "The court shall not grant a discharge under this section unless after filing a petition the debtor has completed an instructional course concerning personal financial management described in section 111."

3. On May 19, 2020, Debtor filed his statement regarding domestic support obligations as required under 11 U.S.C. 1328(g)(1). *See* Docket 37.

4. This Court closed this case without entering a discharge because the Debtor failed to timely file Debtor's Personal Financial Management Course

5. On September 10, 2020, Debtor completed his Personal Financial Management Course.

6.        The Debtor failed to file the Required Form by the original deadline, and therefore requests to have this case reopened so that the Required Form can be filed and a discharge can be entered because of inadvertence.

7.        The court may, at any time and in its discretion, enlarge the time to file the statement of domestic support obligations.

WHEREFORE, the Debtor, STEPHEN DAVID BROWN, respectfully requests that this Court enter an order:

1.        reopening the case pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure; and

2.        extending the time to file the Required Form for a period of 7 days from the date of entry of an order granting this motion.

Dated: September 25, 2021

*/s/ Jennifer Ann McLaughlin*

Jennifer Ann McLaughlin
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 581-5450
jmclaughlin@sulaimanlaw.com

*Counsel for Stephen David Brown*